Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

for the

_____ District of _____

AUG 27 2025

_____ Division

FILED

Shemeka R. Greene

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Asset living/The palmer on washington

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV125- 199

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Shemeka Greene
Street Address      959 E. Main St @#1113
City and County     lexington, SC 29270
State and Zip Code
Telephone Number    912 507-0483
E-mail Address      Shemekagreene@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name  Asset living/The palmer on Washington

Job or Title *(if known)*

Street Address  1011 River Ridge Drive

City and County  Augusta, Richmond County

State and Zip Code  Ga 30909

Telephone Number  706-736-5515

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name                     The palmer on Washington

Street Address           1011 River Ridge Dr

City and County          Augusta, Richmond County

State and Zip Code       GA 30909

Telephone Number         706-736-5515

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑         Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

          *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐         Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

          *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐         Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

          *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐         Other federal law *(specify the federal law)*:

_____

☐         Relevant state law *(specify, if known)*:

_____

☐         Relevant city or county law *(specify, if known)*:

_____

Page 3 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐    Failure to hire me.
- ☑    Termination of my employment.
- ☐    Failure to promote me.
- ☐    Failure to accommodate my disability.
- ☑    Unequal terms and conditions of my employment.
- ☑    Retaliation.
- ☐    Other acts *(specify)*: _____

  *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

12/16/2024

C.    I believe that defendant(s) *(check one)*:

- ☐    is/are still committing these acts against me.
- ☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑    race _____
- ☑    color _____
- ☑    gender/sex _____
- ☐    religion _____
- ☐    national origin _____
- ☐    age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐    disability or perceived disability *(specify disability)*

  _____

E.    The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

5/21/25

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    6/5/25    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. See additional Sheet

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/26/25

Signature of Plaintiff    *Shemeka K Greene*

Printed Name of Plaintiff    *Shemeka K Greene*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

- ~~There was a there~~

- Michael was stretching his back against the doorway of Shemeka's office. When we were talking about it, asking if he was okay, He mentioned ~~he~~ "he was carrying a lot of weight in the front", Which is usually a sexual joke, but it made Shemeka uncomfortable.

   Cameron Robinson
  - Cam Rob        1/21/25

 Outlook

## Work-related incident

From Shemeka Greene <Shemeka.Greene@AssetLiving.com>

Date Fri 1/17/2025 2:25 PM

To    Amy Mottola <Amy.Mottola@AssetLiving.com>

Good afternoon, Amy. I hope this email finds you well. I'm not sure if you received my previous email, where I addressed concerns related to my disciplinary action form. However, this email is to inform you about an incident that occurred the week of 12/16 /2024, where the maintenance supervisor , Michael made inappropriate comments toward me.
Michael was standing in the doorway of my office, leaning against the door frame as if he was trying to crack his back. Cameron was in my office, using the printer. When I asked Michael if he was okay, he replied, " I'm good, just carrying a lot of weight in the front", referring to his genitals. Appalled by his response, I asked, "What did you say?". He laughed it off and said it was a joke between him and Cameron, but I was the one who asked the question. The comment made me uncomfortable and I informed Mckenzie about the comments, but she may have forgotten, due to other work-related issues. However, this is my formal statement. Prior to this incident, inappropriate comments were made by two former asset employees and one temporary employee, in a sexual nature. This has created an uncomfortable, unsafe work environment. This has not been an ideal experience, but I hope we can resolve this issue moving forward. I'm looking forward to hearing from you soon.
Thanks,
Shemeka

**Shemeka Greene**   *Shemeka Greene*   1/21/25

Assistant Community Manager

**P 706.736.5515**

1011 River Ridge Dr. | Augusta, GA | 30909

**palmeronwashington.com**



# Relief Request
1 message

**SHEMEKA GREENE** <shemekagreene@gmail.com>
To: SHEMEKA GREENE <shemekagreene@gmail.com>

Tue, Aug 26, 2025 at 6:47 PM

Relief Requested

Plaintiff respectfully requests that the Court grant the following relief:

1. Back Pay and Lost Wages – Compensation for all lost income, wages, and employment benefits resulting from Defendant's unlawful actions, in an amount to be determined at trial.

2. Front Pay – Future lost earnings in lieu of reinstatement, in an amount to be determined at trial.

3. Compensatory Damages – For emotional distress, mental anguish, humiliation, harm to reputation, and related medical issues including the need for anxiety and depression medication, in an amount to be determined at trial.

4. Punitive Damages – To punish and deter Defendant for willful and reckless violations of Title VII, in an amount to be determined at trial.

5. Attorney's Fees and Costs – All reasonable attorney's fees, court costs, and litigation expenses.

6. Equitable Relief – Such injunctive or other relief as the Court deems necessary to prevent further unlawful discrimination and retaliation.

7. Other Relief – Such other and further relief as the Court may deem just and proper.



# Statement of facts

1 message

**SHEMEKA GREENE** <shemekagreene@gmail.com>                     Tue, Aug 26, 2025 at 6:44 PM
To: SHEMEKA GREENE <shemekagreene@gmail.com>

Statement of Facts

1. Plaintiff was employed by Defendant, Asset Living, as an Assistant Property Manager, earning approximately $27.00 per hour, plus bonuses.

2. During Plaintiff's employment, she was subjected to sexual harassment, which created a hostile and offensive work environment.

3. On or about January 17, 2025, Plaintiff reported the harassment to the Regional Manager, Amy Mottola.

4. Plaintiff also participated in a Human Resources meeting regarding the sexual harassment.

5. On the very next day following the HR meeting, Defendant terminated Plaintiff's employment. This termination occurred in direct retaliation for Plaintiff's protected activity of reporting sexual harassment, in violation of Title VII of the Civil Rights Act of 1964.

6. Prior to her termination, Plaintiff was prescribed bupropion for anxiety and depression caused by the stress and hostile work environment fostered by Defendant.

7. In addition to wrongful termination, Defendant withheld portions of Plaintiff's earned bonus pay, further harming Plaintiff financially.

8. Defendant's conduct has caused Plaintiff significant emotional distress, mental anguish, and financial loss.