IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHEMEKA R. GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-199 |
| | ) | |
| ASSET LIVING/THE PALMER ON WASHINGTON, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10.) Plaintiff objected to the Magistrate Judge's recommendation that her Title VII racial discrimination, sexual harassment, and sex discrimination claims should be dismissed, and she sought leave to amend her complaint in the alternative. (See id.) Accordingly, on November 26, 2025, the Magistrate Judge provided Plaintiff with fourteen days to submit an amended complaint to reformulate her claims if she would like. (Doc. no. 14, pp. 2-5.) The Court informed Plaintiff if she did not file an amended complaint by this deadline, then the Court would submit its October 24, 2025 Report and Recommendation to the presiding District Juge for consideration, and only Plaintiff's Title VII retaliation claim would proceed. (Id. at 5.) The time for Plaintiff to file an amended complaint has passed, and Plaintiff has not submitted an amended complaint.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's Title VII claims based on racial discrimination, sexual harassment, and sex discrimination for failure to state a claim upon which relief may be granted. Nothing in Plaintiff's objections alters the Magistrate Judge's conclusion that Plaintiff fails to state any of these three claims. The case shall proceed as described in the Magistrate Judge's October 24th Order. (Doc. no. 8.)

SO ORDERED this 17th day of December, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA